### GATES v. JONES.

Although an arbitration note is for more than £20 yet if neither the matters submitted or the award exceed £20 the cause is not appealable.

ACTION on a note for £50 vouched by two witnesses: By the pleadings it appeared that this was an arbitration note; that the award was for £18.

Judgment in the County Court was for the defendant, and the plaintiff appealed; and now the defendant pleads in abatement of the appeal. 1st. That the note is for money only, vouched by two witnesses. 2d. That neither the original matter submitted to arbitration, nor the award amounted to £20.

Judgment — That the plea is sufficient upon the last exception; because that the award and the matters of controversy concluded by it, constitute the value of the matters in dispute, in this action. See Steavens v. Bass, Fairfield, August term, 1789.